| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | LINDA C. ALLISON, #179741<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>P: 916-498-5700/F: 916-498-5710 |
| 5 | Linda.allison@fd.org |
| 6 | Attorney for Defendant<br>THERESA SIMMONS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:22-PO-00259-DB |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| v. | ) **CONTINUE STATUS CONFERENCE** |
| | ) |
| THERESA SIMMONS | ) DATE:   October 18, 2022 |
| | ) TIME:    9:30 a.m. |
| Defendant. | ) JUDGE:  DEBORAH BARNES |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney Alstyn Bennett, Assistant Federal Defender Linda C. Allison, attorney for Theresa Simmons, that the Court continue the status conference currently set for October 18, 2022 to November 15, 2022 at 9:30 a.m.

Defense counsel requests additional time to allow her client to pay the fines associated with this matter. Ms. Simmons is currently in the process of filing for unemployment.

The US Attorney's Office does not object to this request.

Dated: October 17, 2022                             Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Allison

1
2                                                LINDA C. ALLISON
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
3
4    Date: October 17, 2022                      PHILLIP A. TALBERT
                                                 United States Attorney
5
6                                                */s/ Alstyn Bennett*
                                                 ALSTYN BENNETT
                                                 Assistant United States Attorney
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

IT IS HEREBY ORDERED that the status conference currently set for October 18, 2022 be **VACATED** for the reasons stated above and **CONTINUED** to **November 15, 2022, at 9:30 a.m**.

DATED: October 18, 2022        /s/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE